UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RALPH ABRARIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN MURPHY, et al.,<br><br>　　　　　Defendants. | No. 2:23-cv-1625 AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Although plaintiff has filed an application to proceed in forma pauperis, it is not accompanied by a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  The application is also not on the form used by this district, which allows the court to obtain plaintiff's trust account statement directly from the prison.  Plaintiff will therefore be provided the opportunity to submit a new application on the form provided by the court.  The application should be on the form provided so that the court may obtain his trust account statement directly from the prison.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Within thirty days from the service of this order, plaintiff shall submit a new application to proceed in forma pauperis on the form provided by the Clerk of Court.  Failure to comply with this order will result in a recommendation that this action be dismissed.

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: August 10, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE