UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY RALPH ABRARIA, | No. 2:23-cv-1625 AC P |
| Plaintiff, | |
| v. | ORDER |
| BRYAN MURPHY, et al., | |
| Defendants. | |

By order filed August 11, 2023, plaintiff was ordered to file a new in forma pauperis application on the form provided by the court so that the court could obtain a copy of his trust account statement, which he failed to provide. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 4. The thirty-day period has now expired, and plaintiff has not filed the required application, submitted a certified trust account statement, or otherwise responded to the court's order. Plaintiff will be given one final opportunity to submit a new application on the court's form or provide a copy of his certified trust account statement.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, plaintiff shall submit an application to proceed in forma pauperis on the form previously provided or a certified copy of his inmate trust account statement for the six-month period

////

1

immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: September 28, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE